ACCEPTED
03-15-00271-CV
6215491
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 2:03:27 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00271-CV

| | | |
|---|---|---|
| CYNTHIA WALKER, INDIVIDUALLY | § | IN THE THIRD DISTRICT |
| AND ON BEHALF OF | § | |
| THE ESTATE OF NORMAN WALKER; | § | |
| STEPHEN WALKER; | § | |
| STEPHANIE WALKER HATTON; | § | |
| JORDAN WALKER; AND | § | |
| CAREN ANN JOHNSON, | § | |
| *Appellant*, | § | |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| UME, INC. D/B/A CAMP HUACO | § | |
| SPRINGS; WWGAF, INC. D/B/A | § | |
| ROCKIN 'R' RIVER RIDES; | § | |
| WILLIAM GEORGE RIVERS; AND | § | |
| RICHARD DUANE RIVERS | § | |
| *Appellees*. | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 2:03:27 PM
JEFFREY D. KYLE
Clerk

**APPELLEES UME, INC. D/B/A CAMP HUACO SPRINGS, WILLIAM GEORGE RIVERS AND RICHARD DUANE RIVERS NOTICE OF ENTRY OF APPEARANCE OF <u>ADDITIONAL COUNSEL</u>**

**To the Honorable Court of Appeals:**

1.      Please take notice that the following counsel is appearing as additional counsel of record for Appellees UME, Inc. D/b/a Camp Huaco Springs, William George Rivers and Richard Duane Rivers:

> Kyle D. Giacco.
> SBN: 07839150
> DAW & RAY, L.L.P.
> 5718 Westheimer, Suite 1750
> Houston, Texas 77057
> Telephone No. (713) 266-3121
> Facsimile No. (713) 266-3188
> E-mail: kgiacco@dawray.com

2.      Please forward all notices, orders, correspondence and communication to Mr. Giacco at the above provided information.

Respectfully submitted,

DAW & RAY, L.L.P.

By: */s/ Willie Ben Daw, III*

    Willie Ben Daw, III; TBN: 05594050
    E-mail: WBDaw@dawray.com
    C. Thomas Valentine; TBN: 00786303
    Email: TVALENTINE@dawray.com
    Kyle D. Giacco; TBN: 07839150
    E-mail: Kgiacco@dawray.com
    5718 Westheimer, Suite 1750
    Houston, Texas 77057
    (713) 266-3121 Telephone
    (713) 266-3188 Facsimile

**ATTORNEYS FOR APPELLEES UME, INC. D/B/A CAMP HUACO SPRINGS, WILLIAM GEORGE RIVERS AND RICHARD DUANE RIVERS**

## CERTIFICATE OF COMPLIANCE

Relying on the word count function of the computer software used to prepare this document, the undersigned certifies that the foregoing motion contains 72 words (excluding the sections excepted under TEX. R. APP. P. 9.4(h)(i)(1)) and was typed in 12-point font.

/s/ Willie Ben Daw, III
Willie Ben Daw, III/C. Thomas Valentine/Kyle D. Giacco

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing response was served via electronic service in accordance with TEX. R. APP. P. 9.5 upon the following counsel of record on this 24th day of July, 2015:

Clark Richards
Email: crichards@rrsfirm.com
RICHARDS RODRIGUEZ & SKEITH
816 Congress Avenue, Suite 1200
Austin, Texas 78701

**ATTORNEYS FOR APPELLANTS**

Karen L. Landinger
Email:klandinger@cbylaw.com
Andres R. Gonzalez
Email: agonzalez@cbylaw.com
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas 78230

**ATTORNEYS FOR APPELLEE, WWGAF, INC. D/B/A ROCKIN 'R' RIVER RIDES**

s/ Willie Ben Daw, III
Willie Ben Daw, III/C. Thomas Valentine/Kyle D. Giacco